1 COPY

**YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW:**

| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
|---|---|---|---|---|
| 03/29/2023 | 14.00 | 14.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire ab please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.

## STATE OF MISSOURI

## DEATH CERTIFICATION

DATE FILED: MARCH 6, 2023     STATE FILE NUMBER: 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

DECEDENT'S NAME: ALAN COSTELLO LANCASTER

DATE OF DEATH: JANUARY 28, 2023            DATE OF BIRTH: ▇▇▇
COUNTY OF DEATH: TEXAS                     SSN: ▇▇▇
MARITAL STATUS: DIVORCED                   SEX: MALE
EVER IN ARMED FORCES: NO

RESIDENCE ADDR: 6615 MINNESOTA AVE, ST LOUIS CITY, MISSOURI
SURV SPOUSE (PRIOR FIRST MARRIAGE):
FUNERAL HOME: PROFESSIONAL FUNERAL DIRECTORS SERVICE

CAUSE OF DEATH (ICD CODE): X851            MANNER: HOMICIDE

MIXED DRUG OVERDOSE - RAPID
XYLAZINE TOXICITY
FENTANYL TOXICITY
SIG COND: INCARCERATED AT TIME OF DEATH.

EXHIBIT 2

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS FILED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI