JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Mary Harris ;
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Missouri Department of Corrections ;
**County of Residence:** Outside This District

Additional Defendants(s):
Matt Sturm ;
Valarie Moseley ;
Travis Terry ;
Matt Briesacher ;
Michele Buckner ;
John Doe ;
Jane Doe ;
The Missouri Department of Corrections South Central Correctional Center ;

**County Where Claim For Relief Arose:** Texas County

**Plaintiff's Attorney(s):**

Attorney Joseph Allen (Mary Harris)
Law Offices of Joseph Allen
1440 State Hwy 248 STE Q PMB 458
Branson, Missouri 65616
**Phone:** 417-33406818
**Fax:** 417-612-7081
**Email:** joe@mybransonattorney.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 550 Prison Conditions

**Cause of Action:** 42 USC 1983 and RSMo 537 et seq for wrongful death while in custody of the Missouri Department of Corrections.

Case 6:25-cv-03036-BP     Document 1-3     Filed 03/02/25     Page 1 of 2

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 10,000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Joseph W. Allen, Esq.

**Date:** 02/27/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.